## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BARRY CHAZIN )
)
       Petitioner, )
) Civil Action No. 06-90 Erie
v. )
)
MARILYN BROOKS, et al., )
)
       Respondents. )

## MEMORANDUM ORDER

      This petition for writ of habeas corpus was received by the Clerk of Court on April 21, 2006 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

      The Magistrate Judge's Report and Recommendation, filed on May 4, 2006, recommended that the petition for writ of habeas corpus be transferred to the Eastern District of Pennsylvania.  The parties were allowed ten (10) days from the date of service to file objections.  Service was made on Petitioner by certified mail at SCI Albion, where he is incarcerated, and on Respondents.  Petitioner has filed no objections to Magistrate Judge Baxter's Report and Recommendation.  After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

      AND NOW, this 9th day of June, 2006;

      IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is transferred to the Eastern District of Pennsylvania.

      The Report and Recommendation of Magistrate Judge Baxter, filed on May 4, 2006 is adopted as the opinion of the Court.

                                        s/   Sean J. McLaughlin
                                               United States District Judge

cm:   All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge